SCOTT G. LAWSON (SBN 174671)
JASON B. CUNNINGHAM (SBN 261559)
GREENBERG TRAURIG, LLP
153 Townsend Street, 8th Fl.
San Francisco, CA 94107
Telephone: (415) 655-1300
Facsimile: (415) 707-2010
lawsons@gtlaw.com

Attorneys for Defendant,

MORTGAGEIT, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MAYDA SANCHEZ,<br><br>　　　Plaintiffs,<br><br>v.<br><br>MORTGAGEIT, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; WELLS FARGO BANK NA dba AMERICAS SERVICING COMPANY; CAL-WESTERN RECONVEYANCE CORPORATION; FEDERAL HOME LOAN MORTGAGE CORPORATION; and DOES 1-100, inclusive,<br><br>　　　Defendants. | CASE NO.: 4:10-CV-04146-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date:　January 20, 2011<br>Time:　2:00 p.m.<br>Courtroom:　3, 3rd Floor<br>Hon. Judge Phyllis J. Hamilton |

　　　IT IS HEREBY STIPULATED, by and between plaintiff Mayda Sanchez and defendants MortgageIT, Inc., Wells Fargo Bank NA, and Federal Home Loan Mortgage Corporation, and subject to this Court's approval, as follows:

　　　WHEREAS, the current Case Management Conference is scheduled for January 20, 2011 at 2:00 p.m. in the above-captioned Court;

　　　WHEREAS, on December 1, 2010, this Court heard argument concerning motions to dismiss brought by MortgageIT, Inc., Wells Fargo Bank NA, and Federal Home Loan

1  Mortgage Corporation and plaintiff Mayda Sanchez's objection to the motion to
2  dismiss along with her proposal of filing a first amendment complaint and took those
3  matters under submission;
4  WHEREAS, an order on the motions to dismiss has yet to be issued;
5  WHEREAS, the parties agree that it would be appropriate to continue the Case
6  Management Conference until a date after the Court issues its order on the motions to
7  dismiss and the pleadings in this matter are more firmly settled, and further agree that
8  such a continuance will make the case management process more efficient; and
9  All parties to this action HEREBY STIPULATE that the Case Management Conference
10 currently scheduled for January 20, 2011 at 2:00 p.m. shall be rescheduled to March 10, 2011 at
11 2:00 p.m. in courtroom 2, 3rd floor,of the above captioned court, or to such other date and time
12 as the Court deems appropriate.

DATED: January 10, 2011          MAYDA SANCHEZ

                                 By __/s/ Mayda Sanchez_____
                                    Mayda Sanchez
                                    Plaintiff Pro Per

DATED: January 10, 2011          GREENBERG TAURIG, LLP

                                 By __/s/ Jason B. Cunningham__
                                    Scott G. Lawson
                                    Jason B. Cunningham
                                    Attorneys for Defendant
                                    MORTGAGEIT, INC.

DATED: January 10, 2011          SEVERSON & WERSON

                                 By __/s/ Raymond H. Cho_____
                                    Raymond Hyun Cho
                                    Attorney for Defendant
                                    WELLS FARGO BANK NA

| | | |
|---|---|---|
| 1 | DATED: January 10, 2011 | PITE DUNCAN |
| 2 | | |
| 3 | | By  /s/  *Thomas N. Abbott* |
| 4 | | Thomas Nathaniel Abbott<br>Attorneys for Defendant |
| 5 | | FEDERAL HOME LOAN MORTGAGE<br>CORPORATION |

7   I hereby attest that I have permission from counsel and from Ms. Sanchez for any signatures

8   indicated by a "conformed" signature (/S/) within this e-filed document.

9                                         /s/ *Jason B. Cunningham*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  1/14/11

Hon. Phyllis J. Hamilton
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

# DECLARATION OF SERVICE

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in this action. I am employed in the County of Sacramento, State of California and my business address is Greenberg Traurig, LLP, 153 Townsend Street, Eighth Floor, San Francisco, CA 95814. On this day I caused to be served the following document(s):

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

☒ by placing ☐ the original ☒ a true copy into sealed envelopes addressed and served as follows:

Mayda Sanchez                                    *Pro Per Plaintiff*
2246 Santa Maria Drive
Pittsburg, California 94565

☒ **BY MAIL**: I am familiar with this firm's practice whereby the mail, after being placed in a designated area, is given fully prepaid postage and is then deposited with the U.S. Postal Service at San Francisco, California.

☐ **BY PERSONAL SERVICE**: I caused such envelope to be delivered by hand.

☐ **BY OVERNIGHT COURIER**: I caused such envelope to be placed for collection and delivery in accordance with standard overnight delivery procedures for delivery the next business day.

☐ **BY FACSIMILE**: I caused such document(s) to be transmitted by facsimile transmission to the person(s) and facsimile transmission number(s) shown above. The facsimile transmission was reported as complete without error and a transmission report was properly issued by the transmitting facsimile machine. A true and correct copy of the transmission report will be attached to this proof of service after facsimile service is completed.

I declare under penalty of perjury under the laws of the United State that the foregoing is true and correct.

Executed on *January 10, 2011,* at San Francisco, California.

_____
Kimberly Stratford