UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAYDA SANCHEZ,

    Plaintiff(s),

v.

MORTGAGEIT, INC., et al.,

    Defendant(s).

_____/

No. C 10-4146 PJH

**ORDER RE PROOF OF SERVICE**

The February 10, 2011 order dismissing the complaint with leave to amend also required that plaintiff file a proof of service of the complaint and summons on defendants Cal-Western Reconveyance and MERS no later than February 28, 2011. At the case management conference on March 10, 2011, plaintiff represented that she had already filed the proofs of service on these yet-to-appear defendants in state court. The court has reviewed the available state court documents and has been unable to locate any proof of service. Accordingly, plaintiff shall file another copy of the proof of service of the original summons and complaint on these defendants within 21 days. The court will evaluate the service in conjunction with its review of the three served defendants' response to the amended complaint filed on March 9, 2011. A failure to provide a proper proof of service will result in the dismissal without prejudice of these two defendants.

    **IT IS SO ORDERED.**

Dated: March 14, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge