UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAYDA SANCHEZ,

    Plaintiff,

    v.

MORTGAGEIT, INC., et al.,

    Defendants.

_____/

No. C 10-4146 PJH

**ORDER**

The court is in receipt of defendant Cal-Western Reconveyance Corporation's ("Cal-Western") declaration of non-monetary status, filed March 11, 2011, and plaintiff's objection thereto, filed March 29, 2011. Cal-Western's declaration has been filed pursuant to California Civil Code § 2924l, which permits a trustee to acquire non-monetary judgment status in an action upon the filing of an adequate declaration under the statute, and the absence of a valid objection.

Upon the filing of a valid objection to Cal-Western's declaration of non-monetary status, Civil Code § 2924l(e) contemplates that Cal-Western shall be required to participate in the instant action. However, prior to issuing a final order to that effect, the court will permit Cal-Western to file a response to plaintiff's objection. Any such response – which shall not exceed 5 pages in length – shall be filed no later than April 13, 2011.

**IT IS SO ORDERED.**

Dated: April 5, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge