UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAYDA SANCHEZ,

    Plaintiff,

    v.

MORTGAGEIT. INC., et al.,

    Defendants.

_____/

No. C 10-4146 PJH

**NOTICE AND ORDER CONTINUING HEARING DATE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on defendant MortgageIt's motion to dismiss plaintiff's first amended complaint, which was previously set for hearing on May 4, 2011, at 9:00 a.m., has been CONTINUED to August 3, 2011, at 9:00 a.m., in Courtroom 3, 3rd Floor, Federal Building, 1301 Clay Street, Oakland, California 94612.  Please note, however, that the original briefing schedule shall remain in effect.

**IT IS SO ORDERED**.

Dated: April 22, 2011

                                      PHYLLIS J. HAMILTON
                                    United States District Judge